IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02606-LTB

MONTE SPRINGER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on February 7, 2013, incorporated herein by reference, it is

    ORDERED that the Commissioner's final order is REVERSED.  It is

    FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Monte Springer, and against Defendant, Michael J. Astrue, Commissioner of Social Security Administration.

    DATED at Denver, Colorado this  8th  day of February, 2013.

                                    FOR THE COURT:

                                    JEFFREY P. COLWELL, CLERK

                                    s/ Edward P. Butler
                                    Edward P. Butler,
                                    Deputy Clerk