IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 11-cv-02606-LTB

MONTE SPRINGER,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

ORDER

---

Upon Defendant's Response to Plaintiff's Motion for Attorney Fees (Doc 22), and review of the file in this matter, the finds that Plaintiff has requested attorney fees in the amount of $5,475.24, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). The Commissioner does not object to the motion. Pursuant to Plaintiff's request, the Court should order the award of attorney fees to Plaintiff, not his attorney. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Attorney Fees (Doc 20) is GRANTED and Plaintiff is awarded attorney fees in the amount of $5,475.24.

IT IS FURTHER ORDERED that after reviewing the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree

to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE

DATED: May 30, 2013